```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 04 B 39093
   JANET LUVENIA HUBBARD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7620
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 10/20/2004 and was confirmed 12/06/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was dismissed after confirmation 06/09/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARONSON FURNITURE | SECURED | 150.00 | 13.63 | 150.00 |
| ARONSON FURNITURE | UNSECURED | 387.15 | .00 | .00 |
| GE CAPITAL | SECURED | 3515.00 | 368.56 | 3515.00 |
| GE CAPITAL | UNSECURED | 3556.65 | .00 | 87.92 |
| ALL STATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | 691.44 | .00 | 17.09 |
| CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1600.00 | .00 | 39.55 |
| FNB MARIN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 994.01 | .00 | 20.22 |
| MIDWEST ANESTHESIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 12473.93 | .00 | 308.36 |
| ECAST SETTLEMENT CORP | UNSECURED | 1297.79 | .00 | 32.09 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 433.14 |
| DEBTOR REFUND | REFUND | | | 15.14 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,700.70 | |
| PRIORITY | | .00 |
| SECURED | | 3,665.00 |
|    INTEREST | | 382.19 |
| UNSECURED | | 505.23 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 433.14 |
| DEBTOR REFUND | | 15.14 |
| TOTALS | 7,700.70 | 7,700.70 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 04 B 39093 JANET LUVENIA HUBBARD

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE